**Russell K. Ryan, #139835**
**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**
**E-mail: rkr@mmwlawfirm.com**

Attorneys for Defendants Salvador Pena Maldonado
and Penas Meat Market No. 2 dba Penas Supermercado

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VENTURA VALENCIA, MIGUEL RAMOS, UBALDO VALENCIA, JESUS MAGANA,<br><br>  Plaintiffs,<br><br>  v.<br><br>SALVADOR PENA MALDONADO, PENAS MEAT MARKET NO. 2 dba PENAS SUPERMERCADO and DOES 1-10<br><br>  Defendants. | Case No. 1:09-CV-00170-AWI-GSA<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

On January 27, 2009, Plaintiffs filed the above-referenced action against Defendants Salvador Pena Maldonado and Penas Meat Market No. 2 dba Penas Supermercado ("**Defendants**"). Defendants were subsequently served with the summons and complaint. Defendant failed to file an answer or other responsive pleading within 20 days from service of the summons and complaint, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i). Upon request by Plaintiffs, the court entered default against Defendants on March 4, 2009.

Defendants have now retained counsel to provide their defense in this action. After meeting and conferring, the parties, through counsel, have agreed that Plaintiffs will stipulate to set aside Defendants' default in order to permit Defendants to file an answer to the complaint. The parties further stipulate that Defendants shall file their answer no later than March 16, 2009. Good cause for the stipulation exists in order for the complaint to be heard on the merits.

The parties stipulate to the foregoing.

Dated: March ___, 2009.  MOTSCHIEDLER, MICHAELIDES & WISHON, LLP

By: ____/s/Russell K. Ryan_____
Russell K. Ryan, Attorneys for Defendants Salvador Pena Maldonado and Penas Meat Market No. 2 dba Penas Supermercado

LAW OFFICES OF TOMAS E. MARGAIN

Dated: March ___, 2009  By: _____/s/Jacob Sider_____
Jacob Sider, Attorney for Plaintiffs Ventura Valencia, Miguel Ramos, Ubaldo Valencia and Jesus Magana

## ORDER

The Court having reviewed the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED :

1) The Clerk of the Court is ordered to set aside default entered against Defendants Salvador Pena Maldonado and Penas Meat Market No. 2 dba Penas Supermercado in the above-referenced action (Docs. 9 and 10);

2) Defendants are ordered to file an answer to the complaint no later than March 16, 2009;

3) The initial scheduling conference set for April 30, 2009 at 9:30 before the Honorable Gary S. Austin in Courtroom 10 will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: March 10, 2009        /s/ Gary S. Austin
                             United States Magistrate Judge