JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

FILED

JUN 1 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF EASTERN CALIFORNIA

VENTURA VALENCIA, MIGUEL RAMOS, UBALDO VALENICA, JESUS MAGANA

Plaintiffs
vs.

SALVADOR PENA MALDONADO, PENAS MEAT MARKET NO. 2 INC., dba PENAS SUPER MERCADO and DOES 1-10,

Defendants

Case No.   1:09-CV-00170-AW1-GSA

**STIPULATION AND ORDER DISMISSING ENTIRE MATTER WITH PREJUDICE**

The parties through counsel hereby stipulate to dismiss this entire matter **with** prejudice pursuant to FRCP 41(a)(2).

IT IS SO STIPULATED

Dated: June 10, 2010

STIPULATION AND ORDER DISMISSING WITH
PREJUDICE ENTIRE ACTION                    1

1   Respectfully submitted,

2

    By:   //s// Tomas E. Margain
3
         TOMAS MARGAIN
4        Attorneys for Plaintiffs

5

6   Dated: June 10, 2010

7

8

9   By:   //s// Russ Ryan
         Motschiedler, Michaelides & Wilson
10
    Attorneys for Defendants
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER DISMISSING WITH
PREJUDICE ENTIRE ACTION                          2

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that this matter is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: June 14, 2010

_____
Hon. ANTHONY W. ISHII
United States District Judge

STIPULATION AND ORDER DISMISSING WITH
PREJUDICE ENTIRE ACTION                                3